DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID J. GALLEGOS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAIME MADERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-MJ-00293-KJN |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE AND |
| v. | ) EXCLUDE TIME |
| | ) |
| JAIME MADERA, | ) |
| | ) Date: November 14, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Kendall J. Newman |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, David Stevens, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for JAIME MADERA, and Certified Student Attorney, David J. Gallegos, that the Court vacate the Court Trial on October 24, 2011 at 9:00 a.m. and set the Court Trial for November 14, 2011 at 9:00 a.m.

This continuance is requested because the parties are in the process of plea negotiation.  The parties need more time to reach a plea agreement.  The parties further agree that the time should be excluded from the date of this [Proposed] Order until the Court Trial which is set for November 14, 2011, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section § 3161(h)(7)(A).

Dated:  October 11, 2011

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Linda C. Harter
    LINDA C. HARTER
    Chief Assistant Federal Defender
    Attorney for Defendant
    JAIME MADERA

    /s/ David J. Gallegos
    DAVID J. GALLEGOS
    Certified Student Attorney

Dated:  October 11, 2011    BENJAMIN B. WAGNER
    United States Attorney

    /s/ David Stevenson
    DAVID STEVENSON
    Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 12, 2011

    _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE